IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-00388-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEILANI MARIE MARTINEZ,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 3 day of March, 2016.

BY THE COURT

William J. Martínez, Judge

Attorney for Government

Attorney for Defendant